UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| OLIVIA COLEY-PEARSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>EMILY MISTY MARTIN *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 5:20-CV-__151_____ |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

　　In accordance with Local Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs respectfully submit this certificate of interested persons and corporate disclosure statement. Plaintiffs' counsel will notify the Court of any additions to or deletions from this certificate as required by Local Rule 3.3B.

　　1.　The undersigned counsel for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns ten percent or more of the stock of a party:

　　　　　　PLAINTIFF:　　Olivia Coley-Pearson

　　　　　　DEFENDANTS:　　Emily Misty Martin

        Joe Stewart

        Robert Sprinkle

        Shane Edmisten

        Coffee County, Georgia

        City of Douglas, Georgia

  2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

        Law Offices of Gerry Weber, LLC

        Southern Center for Human Rights

  3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    FOR PLAINTIFF:  Gerald Weber

           Mark Loudon-Brown

           Jeremy D. Cutting

    FOR DEFENDANTS: (Unknown)

Respectfully submitted, this 11th day of December, 2020.

        <u>/s/ Gerald Weber</u>
        Gerald Weber
        Georgia Bar No. 744878
        LAW OFFICES OF GERRY WEBER, LLC

Post Office Box 5391
Atlanta, Georgia 31107
404-522-0507
wgerryweber@gmail.com

Mark Loudon-Brown*
Georgia Bar No. 410986
Jeremy D. Cutting*
Georgia Bar No. 947729
SOUTHERN CENTER FOR
HUMAN RIGHTS
60 Walton Street, NW
Atlanta, GA 30303
(404) 688-1202
mloudonbrown@schr.org

*Pro hac vice forthcoming

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I served the foregoing upon counsel for all parties by United States Mail and using the CM/ECF electronic filing system once counsel appears.

DATED: This the 11th day of December, 2020.

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878

LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com