# CITY OF DOUGLAS POLICE DEPARTMENT
# TRESPASS WARNING

Indefinite: [YES]
Expiration:

Warning#
Incident# DPD20CAD024352
Case# DPD20OFF023867

The following named person:
**OLIVIA C PEARSON**
DOB: ▇▇▇▇▇▇▇ Sex: **F** Race: **W** Height: **5'11"** Weight: **230** Hair: **BLK** Eyes: **BRO**
Home Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, DOUGLAS, GA 31533
Drivers License / ID Number: ▇▇▇▇▇▇▇ State: **GA**

was warned in my presence to stay off the **PUBLIC VENUE** located at:
**BOARD OF ELECTIONS 224 W ASHLEY ST , DOUGLAS, GA 31533**

by **EMILY MISTY HAYES**, who controls said property or who has been authorized by said owner / management. This warning was given on the **10/27/2020 11:33**.

Additionally, the above named person was advised that if they returned onto said property that they would be in violation of applicable provisions of Georgia law, O.C.G.A.§16-7-21, prohibiting trespass, and be subject to arrest.

Reason: **EJECTED**

Additional Comments (If Applicable):
On 10/27/2020 at 1132 hours I, Sergeant Joe Stewart, was summoned to 224 West Ashley Street and asked to ban Olivia Pearson from the premises. This also extends to any polling place that is controlled by the Coffee County Board of Elections during the time of voting or any other Board of Elections business. This will include property not at 224 West Ashley Street but being lawfully used by the board Pearson is being banned for disruptive behavior. She may only come to a polling place in order to vote and she has already cast her ballot for this years election. She was told that she was banned by elections supervisor Misty Hayes.

Officer: **J STEWART** Org/Unit: **DPDSUPERVISORS** Rank: **SERGEANT** ID Number: **520**