IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| OLIVIA COLEY-PEARSON, <br><br> Plaintiff, <br><br> v. <br><br> EMILY MISTY MARTIN, a/k/a MISTY HAYES; and COFFEE COUNTY by and through the COFFEE COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | CIVIL ACTION NO.: 5:20-cv-151 |

## O R D E R

This matter is before the Court on Plaintiff's Consent Motion for Stay of Discovery. Doc. 46. Plaintiff seeks a stay of discovery until resolution of the criminal case related to Plaintiff's civil case. Plaintiff explains trying to conduct depositions while the criminal case is pending creates complications and the resolution of her criminal case may result in an amendment to her current Complaint. Defendants consent to Plaintiff's Motion for Stay of Discovery. Id. Upon due consideration and for good cause shown, the Court **GRANTS** Plaintiff's Motion and **STAYS** all deadlines and discovery in this case pending the resolution of Plaintiff's criminal charges. Plaintiff is **ORDERED** to provide an update to the Court on the status of her criminal proceedings on or by June 16, 2022.

**SO ORDERED**, this 25th day of February, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA