AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OLIVIA COLEY-PEARSON,

Plaintiff,

v.

EMILY MISTY MARTIN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-cv-151

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 31, 2023, the motion for summary judgment filed by Defendants Emily Misty Martin and Coffee County is granted. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date September 5, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020